IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                    Case No. 5:05cv195-RH/WCS

**HERBERT L. HOPE, JR., et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed two motions in this case.  The first is a motion for default judgment against the following Defendants: (1) Timothy C. Hope, (2) Timothy C. Hope, as personal representative of the Estate of Herbert L. Hope, Sr., (3) Glenda Swearingen-Cook, (4) Equifunding, and (5) Laughton B. Collins.  Doc. 29.  None of these Defendants has appeared in this action or made any effort to defend the claims brought against their interest in certain real property identified in the motion.  *Id.*, at 2.  A request for Clerk's entry of default was made on February 27, 2006, doc. 19, and default was entered against each of the above five Defendants on March 8, 2006.  Doc. 20.  The instant motion asserts that entry of default judgment is now appropriate.  Doc. 29.

Plaintiff is correct.  These five Defendants waived service of process, docs. 11 and 12, but have not filed a response to the amended complaint, doc. 5.  Thus, pursuant to FED. R. CIV. P. 55, default judgment may appropriately be entered against these Defendants for failure to plead or otherwise defend in this action.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for default judgment, doc. 29, be **GRANTED** and judgment be entered in favor of the Plaintiff United States of America and against Defendants Timothy C. Hope; Timothy C. Hope, as personal representative of the Estate of Herbert L. Hope, Sr.; Glenda Swearingen-Cook; Equifunding; and Laughton B. Collins.  It is further **RECOMMENDED** that this case be **REMANDED** to the undersigned for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on June 29, 2006.


　　　s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.