IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO.  5:05cv195-RH/WCS

HERBERT L. HOPE, JR., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 32), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Plaintiff's motion for default judgment (document 29) is GRANTED.  This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 21st day of August, 2006.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge