IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                               Case No. 5:05cv195-RH/WCS

**HERBERT L. HOPE, JR., et al.,**

    Defendants.

_____/


## AMENDED THIRD REPORT AND RECOMMENDATION[1]

Plaintiff has filed a motion for default judgment against Defendants Rupert and Anita Safford. Doc. 40. Proof of service was filed on January 23, 2006, doc. 11, and these two Defendants sent an "informal answer" to Plaintiff, but did not file an answer with the Court. *See* doc. 22. An order was entered on March 10, 2006, directing those two *pro se* Defendants to file an appropriate response to be complaint by April 7, 2006. Doc. 24. Defendants Rupert and Anita Safford then filed a one page response to the complaint, which was the same response previously submitted and which they were previously advised was deficient. Doc. 26. Another order was entered, again advising that this response was not proper, explaining the deficiencies, and directing Defendants

---

[1] This third report and recommendation is amended solely to correct a typographical error in the first sentence. *See* doc. 43.

Rupert and Anita Safford to file an amended answer. Doc. 28. When nothing was received, Plaintiff sought a Clerk's entry of default as to both Defendants. Doc. 30. The Clerk entered default on June 29, 2006. Doc. 31.

Plaintiff's instant motion, doc. 40, contends that the entry of a default judgment against each Defendant is appropriate because neither Rupert Safford nor Anita Safford has properly responded to the complaint or to the court orders, and accordingly, have "failed to plead or defend this action." Doc. 40, p. 3. Plaintiff is correct and, pursuant to FED. R. CIV. P. 55, default judgment may be entered.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for default judgment, doc. 40, be **GRANTED** and judgment be entered in favor of the Plaintiff United States of America and against Defendants Rupert Safford and Anita Safford. It is further **RECOMMENDED** that this case be **REMANDED** to the undersigned for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 12, 2006.

 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**