IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO. 5:05cv195-RH/WCS

HERBERT L. HOPE, JR., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 45), to which no objections have been filed. The recommendation is for entry of default judgment against defendants Rupert Safford and Anita Safford. The report correctly concludes that they have failed to comply with a court order to file a proper response to the complaint and that entry of a default judgment therefore will be appropriate. Actual entry of judgment should await final determination of this action. *See* Fed. R. Civ. P. 54(b). Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion

of the court. Plaintiff's motion for default judgment against defendants Rupert Safford and Anita Safford (document 40) is GRANTED. Entry of judgment will be deferred pending final resolution of this action. This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 27th day of November, 2006.

                                s/Robert L. Hinkle
                                Chief United States District Judge