**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


UNITED STATES OF AMERICA,

v.                                                          CASE NO.  5:05cv195-RH/WCS

HERBERT L. HOPE, JR., et al.,

        Defendants.

_____/


**ORDER DENYING MOTION TO VACATE DEFAULT JUDGMENT
AND STAYING PROCEEDINGS FOR 15 DAYS**


Upon consideration of the magistrate judge's fifth report and

recommendation (document 55) and the supplement thereto (document 57),

IT IS ORDERED:

1.  Defendant Herbert L. Hope's motion (document 54) to vacate the default

judgment is DENIED.

2.  Plaintiff shall confer with Mr. Hope in good faith in an effort to reach an

agreed resolution of this case.  Further proceedings are stayed for 14 days to allow

such a conference.

3.  This matter is remanded to the magistrate judge for further proceedings

consistent with this order.

SO ORDERED this 16th day of May, 2007.

s/Robert L. Hinkle
Chief United States District Judge